UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KOLEAN ENGLAND,

    Plaintiff,

v.

JAMES M. O'BRIANT,

    Defendant.

_____/

Case No. 1:17-cv-185

HON. JANET T. NEFF

## ORDER

This is a civil action. Plaintiff filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on September 18, 2017, recommending that this Court deny the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 32) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 22) is DENIED.


Dated: October 11, 2017                /s/ Janet T. Neff
                                                                        JANET T. NEFF
                                                                        United States District Judge