UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KOLEAN ENGLAND,

    Plaintiff,

v.

    Case No. 1:17-cv-185

    HON. JANET T. NEFF

JAMES M. O'BRIANT,

    Defendant.
_____/

## ORDER

This is a civil action involving *pro se* litigants. Defendant filed a Motion for summary judgment (ECF No. 34). Plaintiff filed a Declaration for entry of default (ECF No. 38). The matters were referred to the Magistrate Judge, who issued a Report and Recommendation on December 29, 2017, recommending that this Court deny Defendant's motion, and deny without prejudice Plaintiff's declaration. The Report and Recommendation was duly served on the parties. No timely objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 46) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Motion for summary judgment (ECF No. 34) is DENIED.

**IT IS FURTHER ORDERED** that Plaintiff's Declaration for entry of default (ECF No. 38) is DENIED without prejudice.

Dated: January 17, 2018            /s/ Janet T. Neff
                                                           JANET T. NEFF
                                                           United States District Judge