UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KOLEAN ENGLAND,

    Plaintiff,                                         Hon. Janet T. Neff

v.                                                        Case No. 1:17-cv-185

JAMES O'BRIANT,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

This matter is before the Court on <u>Plaintiff's Motion to Take Possession of Defendant's Safe Deposit Box</u>. (ECF No. 94). Pursuant to 28 U.S.C. § 636(b)(1)(B), the undersigned recommends that Plaintiff's motion be **granted in part and denied in part**.

Plaintiff has obtained judgment in this matter against Defendant in the amount of $150,000. In an attempt to collect on this judgment, Plaintiff obtained a Writ of Execution which she served on Bank of America. In response, Bank of America indicated, in part, that it was in possession of a safe deposit box owned by Defendant. Plaintiff subsequently moved to take possession of this safe deposit box. (ECF No. 89). Bank of America responded to Plaintiff's motion by noting that because Defendant used to be a licensed attorney, "there is a risk that the safe deposit box might contain attorney-client privileged materials or client property held in the safe deposit box in trust." (ECF No. 91). Bank of America, therefore, requested that the safe deposit box "be opened under the supervision of a court officer and that the contents be reviewed before access is provided to Plaintiff." *Id.* The Court denied Plaintiff's motion without prejudice on other grounds. (ECF No. 93).

- 1 -

Plaintiff has now renewed her motion to take possession of the safe deposit box in question. Specifically, Plaintiff requests that the safe deposit box be made available so that she can "personally view the box and its contents." While Plaintiff is entitled to satisfy her judgment against Defendant by taking ownership of any items in the safe deposit box owned by Defendant, the objection by Bank of America, noted above, is sound and prudent. Accordingly, the undersigned recommends that Bank of America be ordered to deliver the safe deposit box in question to the undersigned within twenty-eight (28) days of the date this recommendation is adopted by the Honorable Janet T. Neff. Once the safe deposit box is in the possession of this Court, the undersigned will schedule a hearing at which the Court will review the contents of the safe deposit box and provide to Plaintiff any items therein to which she is entitled.

Accordingly, the undersigned recommends that <u>Plaintiff's Motion to Take Possession of Defendant's Safe Deposit Box</u>, (ECF No. 94), be **granted in part and denied in part** as detailed herein. **This Report and Recommendation shall also be served upon Bank of America who is expressly permitted to submit any objections to the recommendations herein.**

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within fourteen (14) days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir.1981).

                                                            Respectfully submitted,

Dated: June 11, 2019                                   /s/ Ellen S. Carmody
                                                                          ELLEN S. CARMODY
                                                                          U.S. Magistrate Judge